UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIVEDI TRIVEDI, | No.  1:26-cv-0190 DAD CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, | |
| Respondent. | |

Petitioner, an Immigration and Customs Enforcement detainee currently representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Petitioner has not requested appointment of counsel or filed a motion to proceed in forma pauperis. However, the court would consider appointing counsel for petitioner based on the complexity of the legal issues involved if petitioner is indigent. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, petitioner will be provided the opportunity to submit the appropriate

---

[1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

affidavit in support of any optional request to proceed in forma pauperis and for appointment of counsel.

In accordance with the above, IT IS ORDERED that:

1.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

2.  Petitioner may optionally submit an affidavit in support of a request to proceed in forma pauperis within 21 days; in the alternative, if petitioner does not intend to submit the affidavit or does not want counsel appointed, then petitioner may so inform the court in writing.

Dated:  January 15, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 triv0190.101a.imm

2